**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Joan Camprubi Montal, et al.,**<br><br>               **Plaintiffs,**<br><br>       **-against-**<br><br>**New York Helicopter Charter Inc., et al.,**<br><br>               **Defendants.** | **1:26-cv-03332 (VSB) (SDA)**<br><br>**ORDER ADJOURNING**<br><u>**INITIAL PRETRIAL CONFERENCE**</u> |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiffs filed an Amended Complaint on May 14, 2026, adding new Defendants to this action (ECF No. 12). Therefore, pending proper service and notices of appearance by the newly added Defendants, the initial pretrial conference previously scheduled for Monday, June 1, 2026, at 11:00 a.m. is adjourned *sine die*.

**SO ORDERED.**

Dated:    New York, New York
          May 15, 2026

_____
STEWART D. AARON
United States Magistrate Judge